# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 9, 2005

128641

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

THOMAS J. PASSARO and HOWARD H. KAHNE,
             Plaintiff-Appellees,

v

TAGLIA, FETTE, DUMKE & WHITE, P.C.,
             Defendant-Appellant.

SC: 128641
COA: 257553
Berrien CC: 2003-003281-CZ

_____/

On order of the Court, the application for leave to appeal the February 23, 2005 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 9, 2005

Clerk

t1102